## COBB et al. v. MORSE et al.
### No. 3615.

Court of Civil Appeals of Texas. Beaumont.
Nov. 9, 1939.

G. C. Lowe, of Woodville, and B. L. Morse, of Galveston, for appellants.

C. E. Smith, of Woodville, and H. D. Grogan, of Liberty, for appellees.

O'QUINN, Justice.

This is an appeal from a judgment of the District Court of Tyler County, overruling a motion to dissolve a temporary injunction.

We have carefully examined the whole record, pleadings, evidence and rulings and judgment of the court, and find no reversible error. Accordingly the judgment is affirmed.